# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**KARISOLET HEIFERS, INC.**

CASE NUMBER 16-08404 MCF

*Debtor*s

CHAPTER 12

## *DEBTOR'S FOURTH AMENDED CHAPTER 12 PLAN*

TO THE HONORABLE COURT:

**NOW COME** Debtors herein, KARISOLET HEIFERS, INC. by its undersigned attorney, and very respectfully proposes the following Fourth amended CHAPTER 12 Plan to its creditors:

1.    Debtor filed the instant petition on May 24, 2016.

2.    The debtor filed an amended plan on December, 17, 2017.  The Chapter 12 trustee filed his recommendation to the filed plan, which was unfavorable (Docket 140).

3.  In order to address the trustees's objections, the debtor filed a Third amended consolidated chapter 12 plan.

4.  **The debtor now files this fourth amended plan to eliminate from the previous plans the related entities Juan F. Barreto and his wife Mayrabell ruiz Ruiz (Case Number 16-04107), and Valle del Tanama Dairy, Inc. (Case number 16-08405) which were both dismissed.**

5.  **The debtor now proposes the following Fourth Amended chapter 12 plan for consideration of its creditors and for the continuation of its farming**

KARISOLET HEIFERS, INC.  16-08404 MCF
CHAPTER 12 CASE
Fourth Amended Chapter 12 Plan
Page No. 2

operations under the provisions of Chapter 12 of the Bankruptcy Code:

## ARTICLE I: CLASSIFICATION OF CLAIMS:

**CLASS 1**:     **Claims entitled to priority under 11 USC §507.**

**CLASS 2A:  PR Recovery & Development JV, LLC filed a secured Claim (#3) which is secured by a duly registered security interest in personal property used by the debtor in its farming operations, to the extent and actual value of the collateral securing such security interest.  Creditor Banco de Desarrollo Económico now PR Recovery & Development JV, LLC (hereinafter, PR Recovery) filed claim #3 in the total amount of $1,138,349.65.  This claim is secured by a part of the debtor's assets, as well as assets that belong to a related corporation of Karisolet Heifers, Inc. and Valle del Tanama Dairy, Inc.  Karisolet Heifers, Inc., is the owner of a milk quota of 100,840 quarts per 14 day period.  75,000 quarts are encumbered to this creditor. (Exhibit #1).**

Karisolet operates the fresh milk production of the business under the administration of Mr. Juan Barreto and his wife Mrs. Marybell Ruiz.  Valle del Tanama, Inc., is the owner of two farms located in Barrio Corcovado, (Southwest of Arecibo, Southeast of Hatillo, Puerto Rico adjoining State Road 492.  The farm operations are conducted in the two farms that total  18.24 cuerdas.  Juan Barreto and his wife own five different farms, one located in Cabo Rojo, PR, four in Barrio Corcovado.  Milk producing stock (cattle) are estimated at $250,000; farm equipment for the production of milk is estimated at $111,741.00. Karisolet, Valle del Tanama, and Mr. Juan F Barreto and his wife are

KARISOLET HEIFERS, INC.  16-08404 MCF
CHAPTER 12 CASE
Fourth Amended Chapter 12 Plan
Page No. 3

severally and jointly liable to PR RECOVERY.  The value of the collateral held by PR RECOVERY is: $142,500 in cattle, plus the lien on the quota which is estimated at $900,000.00.

Of Karisolet's milk quota of 100,840 quarts, it has leased 35,000 quarts to seven farmers.  The remainder of the milk quota (75,000 quarts) is encumbered in favor of PR RECOVERY.  The total value of the milk quota is $900,000.00. (A value of $12.00 per quart is estimated).

For purposes of the plan proposals, the debtor is considering PR RECOVERY as fully secured on its claim.

**CLASS 2B:** The Internal Revenue Service filed secured claim number 1 in this for $31,283.34.  The lien on this claim is the debtor's farm equipment. This claim stands unopposed.

**CLASS 3**:    All unsecured claims which have been scheduled, including any deficiency  in any secured claim which exceeds the value of the collateral securing such security interest, the value of which is the excess of the claim which will be considered as an unsecured claim on the debtor's estate. Total claims filed as unsecured is $3,896.03.

### ARTICLE 2:

A.    _**Treatment of Priority/Administrative Claims:**_

**From the payments made by the debtor to the trustee after the plan is approved, all _PRIORITY and Administrative claims filed and allowed_ will be paid, and the debtor's attorney's fees and expenses.  Claims filed as priority are:**

KARISOLET HEIFERS, INC.  16-08404 MCF
CHAPTER 12 CASE
Fourth Amended Chapter 12 Plan
Page No. 4

| | | |
|---|---|---|
| **(#1) IRS** | **$7,376.09** | |
| **(#2) State Ins. Fund** | **$886.94** | |
| **Total Priority creditors:** | | **$8,263.03** |
| **Administrative claims:** | | |
| **- Attorney's fees approved:** | | **$10,150.00** |
| **Total priority and administrative fees:** | | **$18,413.03** |

*The chapter 12 trustee will pay these claims at the rate of $543.63 per month distributed pro-rata, commencing 30 days after the entry of an order approving this fourth amended plan for a period of 36 months. Payment includes 4% interest per annum.*

### B.  TREATMENT OF SECURED CLAIMS:

*TREATMENT OF CLAIM IN CLASS 2A:  Secured Creditor PR RECOVERY is fully secured with assets of the estate as stated above.*

*Commencing 30 days after the plan is approved, the debtor will pay directly to the creditor $12,500.00 monthly for 36 months which payment includes interest at the rate of 5% per annum. At the end of this period, the principal balance will have been reduced to $841,235.43*

*Commencing on month 37, the debtor will pay PR RECOVERY $14,500.00 for the next 36 month on the then balance of $841,235.43 . At the end of the second 36 month period, the balance will have been reduced to $416,878.01.*

*Commencing on month 73, the debtor will make $15,000.00 monthly payments for the last 30 month period, reducing the principal balance to $0.00 at which time the debtor will have fully liquidated the indebtedness to PR RECOVERY.*

KARISOLET HEIFERS, INC.  16-08404 MCF
CHAPTER 12 CASE
Fourth Amended Chapter 12 Plan
Page No. 5

**TREATMENT OF CLAIM 2B**: *Secured creditor IRS filed a secured claim for $31,283.34.   The trustee will pay this secured claim at the rate of $937.59 per month for 36 months, which includes interest at the rate of 4% per annum.*

**C.** ***TREATMENT OF CLAIMS IN CLASS 3: UNSECURED CREDITORS***:

*Only one creditor has filed an unsecured claim (state Insurance fund)  for a total of $3,896.03.  The chapter 12 trustee will pay this unsecured claim at the rate of $119.35 per month, which payment includes interest at the rate of 4% per annum.  The debtor proposes a payment period of 36 months.*

**D.  The trustee will make monthly payments as described above for a total of $1,582.27. His fees for this monthly payment is $158.23, and the debtor's monthly total payment to the chapter 12 trustee will be $1,740.50.**

## ARTICLE III:

*Manner in Which Payment of Claims Shall Be Made:*

**A.  Debtor shall pay to the chapter 12 trustee on or before 15 days after the first of each successive month after the effective date, a TOTAL amount of $1,740.50 per month from its farming operations for the duration of this plan, or 36 months commencing 30 days after the order approving the plan is final**

**B.  From the payments received by the chapter 12 trustee, he will pay the secured claim of the IRS, the priority and administrative claims (debtor's attorney's fees, chapter 12 trustee fees) and the unsecured claims.**

*Included as Exhibit #2 is a summary of the debtor's projected post-confirmation operations for the years 2020 to 2023.   Also included as Exhibit #3 is the debtor's post confirmation monthly operating budget.*

## ARTICLE IV:

## VESTING OF TITLE TO ESTATE PROPERTY

KARISOLET HEIFERS, INC.  16-08404 MCF
CHAPTER 12 CASE
Fourth Amended Chapter 12 Plan
Page No. 6

Title to property of the estate subject to existing liens which are valid and enforceable in bankruptcy, shall vest in the debtor upon confirmation of this plan, except that secured creditor PR RECOVERY shall retain its liens over the debtor's personal assets.

## ARTICLE 1V:

## EXECUTORY CONTRACTS

The debtor has filed an application for authority to lease 35,000 quarts of the milk quota of Karisolet, which I pending approval by the court.

RESPECTFULLY SUBMITTED,  In San Juan, Puerto Rico, this    27th day of November,  2019.


**KARISOLET HEIFERS, INC.**
**/s/ Juan F. Barreto, President**


**MODESTO BIGAS LAW OFFICE**
Attorney for Debtor(s)
P. O. Box 7462
Ponce, PR  00732-7462
Tel. 787-844-1444; Fax 787-842-4090


By:    /s/Modesto Bigas Mendez
**MODESTO BIGAS MENDEZ**
U. S. D. C.-P.R. No. 129507
modestobigas@yahoo.com

17-099 Fourth Amended Chapter 12 Plan

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN THE MATTER OF:

**KARISOLET HEIFERS, INC.**

CASE NUMBER 16-08404 MCF

*Debtor*s

CHAPTER 12

## MONTHLY BUDGET FOR CONFIRMATION PURPOSES

| | |
|---|---|
| AVERAGE GROSS MONTHLY INCOME NOVEMBER 2019 - SEPTEMBER 2019 | $58,388.00 |
| LESS: (All amounts in Dollars): | |
| WAGES | 4,116.00 |
| PAYROLL TAXES | 75.00 |
| PURCHASE OF CATTLE | 12,000.00 |
| CONCENTRATED FEED | 15,500.00 |
| MEDICINES | 200.00 |
| INSURANCE | 717.00 |
| MILKING EQUIPMENT MAINTENANCE | 150.00 |
| FARM MACHINERY MAINTENANCE/REPAIRS | 525.00 |
| GASOLINE/DIESEL FUEL | 1,570.00 |
| MATERIALS/SUPPLIES | 245.00 |
| PESTICIDES | 15.00 |
| RENT (AUTORIDAD DE TIERRAS) | 1,802.00 |
| UTILITIES | 100.00 |
| PROFESSIONAL SERVICES | 500.00 |
| DIP SALARY | 3,500.00 |
| BANK CHARGES | 100.00 |

| | |
|---|---|
| GABSO, INC. | 1,035.00 |
| AGH | 650.00 |
| **TOTAL EXPENSES** | **42,800.00** |
| PAYMENT TO CHAPTER 12 TRUSTEE FOR ADMINISTRATIVE EXPENSES, SECURED CREDITOR IRS, PRIORITY CREDITORS AND UNSECURED CREDITORS | (1,820.00) |
| PAYMENT TO SECURED CREDITOR PR RECOVERY | (12,500.00) |
| TOTAL ALL PAYMENTS | **(14,320.00)** |
| SURPLUS: | **1,268.00** |

## JUAN F. BARRETO GINORIO AND MAYRABELL RUIZ RUIZ
### SUMMARY OF INCOME AND EXPENSES
### From June 2016 to September 2019

| MONTH: | Jun-16 | Jul-16 | Aug-16 | Sep-16 | Oct-16 | Nov-16 | Dec-16 | Jan-17 | Feb-17 | Mar-17 | Apr-17 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GROSS INCOME: | $28,081.45 | $55,672.18 | $113,363.30 | $43,677.23 | $69,496.29 | $39,211.62 | $46,262.46 | $40,125.28 | $43,150.90 | $46,608.04 | $36,411.83 |
| DEDUCTIONS FROM CHECK: | | | | | | | | | | | |
| NET INCOME: | $28,081.45 | $55,672.18 | $113,363.30 | $43,677.23 | $69,496.29 | $39,211.62 | $46,262.46 | $40,125.28 | $43,150.90 | $46,608.04 | $36,411.83 |
| | | | | | | | | | | | |
| WAGES | 2,960.00 | 4,300.00 | 3,440.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 |
| PAYROLL TAXES | | 111.39 | 52.00 | | 699.66 | | | 673.91 | | | 140.40 |
| PURCHASE OF CATTLE | 8,100.00 | 39.31 | 85,724.60 | | 34,150.00 | 15,850.00 | 10,900.00 | 9,600.00 | 15,255.00 | 15,050.00 | 15,900.00 |
| CONCENTRATED FEED | 11,250.00 | 16,450.00 | 15,400.00 | 19,600.00 | 13,000.00 | 12,900.00 | 16,127.60 | 12,800.00 | 13,400.00 | 16,000.00 | 12,300.00 |
| SUPPLEMENTS, MINERALS | 14,400.00 | 14,400.00 | | 14,600.00 | | | | | | | |
| FORAGE | | | | | | | | | | | |
| MEDICINE/VETERINARY | 468.05 | 42.10 | 147.20 | 1,105.25 | 30.90 | 248.50 | 341.90 | 142.50 | 478.00 | 412.14 | 93.80 |
| INSURANCE | | | 3,254.58 | 882.41 | | 882.41 | | | 926.53 | 924.19 | |
| REPAIRS & MAINTENANCE | 28.95 | 96.84 | 390.75 | 786.93 | 133.35 | 338.28 | 1,082.40 | 1,219.35 | 886.37 | 912.84 | 327.76 |
| MILKING EQUIPMENT, REPAIRS & MAINT. | | 129.20 | 200.00 | 200.00 | 466.50 | 230.00 | 45.75 | 429.20 | 100.00 | 146.40 | 325.60 |
| FARM MACHINERY | 478.65 | 160.00 | 1,483.66 | | | 234.60 | 457.64 | 728.03 | 183.00 | 200.00 | 218.16 |
| CAR & TRUCK | | 45.00 | | 1,743.57 | 1,555.70 | 116.00 | 11.15 | 1,250.00 | 1,153.99 | 735.00 | 735.00 |
| GASOLINE & DIESEL | 245.71 | 1,199.00 | 637.05 | 547.81 | 585.54 | 726.69 | 757.36 | 717.02 | 503.34 | 397.95 | 718.80 |
| MATERIALS AND SUPPLIES | 230.08 | 67.58 | 437.22 | 363.53 | 403.11 | 591.54 | 424.48 | 405.13 | 376.43 | 275.86 | 379.82 |
| TICK PLAGUICIDE | | 27.33 | 41.30 | 41.30 | | | 20.60 | 41.30 | | | 19.40 |
| WEED KILLER | | | | | | | | | | | |
| MISCELLANEOUS | 120.86 | 230.28 | 20.65 | 149.91 | 22.90 | 68.14 | 196.92 | 682.03 | 220.00 | | |
| RENT (AUTORIDAD DE TIERRAS) | 1,760.00 | 1,760.00 | 1,760.00 | 1,771.00 | | 1,766.00 | 1,766.00 | 1,766.00 | | 2,000.00 | |
| UTILITIES | | | | 7.70 | 1,500.00 | 7.00 | 53.25 | 34.75 | 20.85 | 20.20 | 1,903.00 |
| PROFESSIONAL SERVICES | | | | | | | | | | | 3,615.76 |
| PERSONAL SALARY | 2,100.00 | 3,000.00 | 3,000.00 | 3,000.00 | 3,271.00 | 2,420.00 | 3,120.00 | 2,630.00 | 2,000.00 | 3,120.00 | |
| BANCO DESARROLLO ECONOMICO | | | | | | | | | | | |
| LICENSES AND PERMITS | | | | | | | | | | | |
| CLEANING PRODUCTS | | | | | | | | | | | |
| INSEMINATION | | | | | | | | | | | |
| CHEMICALS | | | | | | | | | | | |
| NAIL CORRECTION | | | | | | 125.00 | | | | | |
| FREIGHT CATTLE | | | | | | | | | | | 300.00 |
| IVU | | | | | | 7.25 | | | | | |
| Other | | | | | | | | | | | |
| OTHER EXPENSES: | | | | | | | | | | | |
| BANK CHARGES | | 110.00 | 230.00 | 144.00 | 132.00 | 115.00 | 99.00 | 90.73 | 128.16 | 107.45 | 60.90 |
| Gabso Inc | | | | 2,850.00 | 2,600.00 | 1,300.00 | 2,250.00 | 1,500.00 | | | |
| ADEA | | | | | 2,406.67 | | | | | | |
| Solar Panels | | | | | | 500.00 | 200.00 | | | | |
| Other Supplements | | | | | | | 157.95 | | | | |
| Purchase of Digger | | | | | | | | 2,600.00 | | | |
| AGH | | | | | | | | | | 131.15 | 249.20 |
| TOTAL EXPENSES: | 27,742.30 | 42,095.70 | 116,250.04 | 52,583.41 | 66,563.33 | 42,266.41 | 42,812.00 | 41,149.95 | 39,471.67 | 44,498.18 | 41,127.30 |
| NET INCOME OF THE MONTH | $339.15 | $13,576.48 | -$2,886.74 | -$8,906.18 | $2,932.96 | -$3,054.79 | $3,450.46 | -$1,024.67 | $3,679.23 | $2,109.86 | -$4,715.47 |
| ADD: INCOME AT BEGINNING OF THE MONTH | | $339.15 | $13,915.63 | $11,028.89 | $2,122.71 | $5,055.67 | $2,000.88 | $5,451.34 | $4,426.67 | $8,105.90 | $10,215.76 |
| AVAILABLE INCOME FOR THE NEXT MONTH | $339.15 | $13,915.63 | $11,028.89 | $2,122.71 | $5,055.67 | $2,000.88 | $5,451.34 | $4,426.67 | $8,105.90 | $10,215.76 | $5,500.29 |

| May-17 | Jun-17 | Jul-17 | Aug-17 | Sep-17 | Oct-17 | Nov-17 | Dec-17 | Jan-18 | Feb-18 | Mar-18 | Apr-18 | May-18 | Jun-18 | Jul-18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $39,362.46 | $53,367.31 | $64,043.08 | $66,378.56 | $21,396.44 | $34,582.77 | $25,191.92 | $32,366.16 | $34,552.53 | $39,631.30 | $55,059.95 | $52,449.31 | $48,862.69 | $49,872.45 | $62,712.97 |
| $39,362.46 | $53,367.31 | $64,043.08 | $66,378.56 | $21,396.44 | $34,582.77 | $25,191.92 | $32,366.16 | $34,552.53 | $39,631.30 | $55,059.95 | $52,449.31 | $48,862.69 | $49,872.45 | $62,712.97 |
| 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,180.00 | 3,840.00 |
|  |  | 415.40 |  |  |  | 97.20 |  |  |  |  | 113.00 |  |  |  |
| 5,900.00 | 16,900.00 | 12,550.00 | 20,300.00 | 3,250.00 | 11,250.00 | 9,500.00 | 9,450.00 | 8,000.00 | 11,800.00 | 15,950.00 | 17,600.00 | 7,300.00 | 13,200.00 | 14,950.00 |
| 14,050.00 | 17,400.00 | 15,000.00 | 18,000.00 | 14,400.00 | 8,280.00 |  | 7,200.00 | 11,000.00 | 13,100.00 | 18,600.00 | 16,000.00 | 20,150.00 | 16,900.00 | 20,700.00 |
| 122.45 | 206.84 | 47.00 | 472.89 | 630.52 | 788.15 | 2,870.52 | 3,830.52 | 5,018.88 | 3,439.00 | 2,848.75 | 5,079.00 | 5,529.00 | 2,629.00 | 2,498.75 |
| 926.53 | 305.00 | 116.10 | 175.90 | 271.70 | 168.55 | 70.42 | 300.00 | 256.28 | 45.50 | 295.19 | 17.75 | 55.15 | 15.45 | 15.45 |
| 1,085.78 | 46.85 | 927.78 | 434.20 | 138.59 | 227.29 | 56.67 | 115.65 | 2,323.83 | 6.25 | 189.00 | 260.04 | 32.85 | 28.82 | 314.33 |
| 70.05 | 306.01 | 46.85 | 129.95 | 146.31 | 46.85 | 1,689.52 | 2,914.76 | 37.84 | 66.13 | 373.00 | 89.44 | 70.00 | 609.09 | 26.67 |
| 33.80 | 500.00 | 182.73 | 585.47 | 1,717.92 | 102.19 | 63.45 | 310.87 | 286.36 | 154.39 | 306.95 | 2,438.95 | 571.87 | 2,499.65 | 1,812.66 |
| 95.00 | 723.05 | 150.00 | 438.44 | 292.08 | 1,840.00 | 289.70 | 107.00 | 582.07 | 2,263.91 | 2,373.95 | 289.45 | 2,407.97 | 168.13 | 152.10 |
| 659.15 | 215.41 | 787.00 | 1,607.04 | 66.78 | 444.60 | 4,285.48 | 551.00 | 3,376.99 | 153.74 | 113.70 | 2,500.00 | 397.46 | 1,000.00 | 3,000.00 |
| 420.70 | 65.55 | 332.12 | 422.21 | 4,637.88 | 111.75 | 300.00 | 4,301.77 | 904.80 | 32.25 | 600.00 | 1,535.00 | 59.10 | 375.00 | 40.00 |
| 38.80 | 234.81 | 51.75 | 100.00 | 146.40 | 420.48 | 1,241.70 | 2,035.52 |  | 607.00 | 3,727.38 | 3,591.94 | 75.63 | 3,418.18 | 3,799.17 |
| 148.60 | 250.00 | 84.97 | 423.95 |  | 3,621.64 |  |  |  | 3,372.38 | 400.00 | 7.00 | 2,000.00 | 100.00 | 450.00 |
| 9.82 | 710.77 | 938.08 | 5,243.58 |  | 1,094.93 |  |  |  | 150.00 | 154.91 | 164.25 | 13.30 | 275.03 | 166.76 |
| 6.50 |  | 20,000.00 | 644.99 |  |  |  |  |  | 156.90 | 1,020.59 | 1,610.39 | 3,334.25 | 3,500.00 | 2,900.00 |
| 4,232.00 |  | 13,900.38 |  |  |  |  |  |  | 250.45 |  |  | 400.00 | 957.05 | 1,420.54 |
| 8,250.00 |  | 480.00 |  |  |  |  |  |  |  |  |  | 156.49 |  |  |
| 98.72 |  | 517.88 |  |  |  |  |  |  |  |  |  | 273.25 |  |  |
| 80.00 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 39,919.30 | 49,868.20 | 60,537.03 | 67,657.09 | 30,498.18 | 32,226.43 | 24,304.66 | 35,917.09 | 35,827.05 | 39,437.90 | 51,639.12 | 55,116.21 | 49,945.47 | 49,855.40 | 59,932.49 |
| -$556.84 | $3,499.11 | $3,506.05 | -$1,278.52 | $9,101.74 | $2,356.34 | $887.26 | -$3,550.93 | $1,074.52 | $193.40 | $3,420.83 | -$2,666.90 | -$1,082.78 | $17.05 | $2,780.48 |
| $5,550.29 | $4,943.45 | $8,442.56 | $11,948.61 | $10,670.09 | $1,568.35 | $3,924.69 | $4,811.95 | $1,261.02 | $379.90 | $379.90 | $3,800.73 | $1,133.83 | $51.05 | $68.10 |
| $4,943.45 | $8,442.56 | $11,948.61 | $10,670.09 | $1,568.35 | $3,924.69 | $4,811.95 | $1,261.00 | $166.50 |  | $3,800.73 | $1,133.83 | $51.05 | $68.10 | $2,848.58 |

| | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | $62,547.87 | $51,538.32 | $40,130.41 | $32,631.00 | $58,449.93 | $53,819.04 | $65,392.28 | $77,781.77 | $60,561.28 | $70,025.97 | $57,662.54 | $61,768.62 | $68,341.74 | $54,108.07 | $2,056,649.32 |
| | $62,547.87 | $51,538.32 | $40,130.41 | $32,631.00 | $58,449.93 | $53,819.04 | $65,392.28 | $77,781.77 | $60,561.28 | $70,025.97 | $57,662.54 | $61,768.62 | $68,341.74 | $54,108.07 | $2,056,649.32 |
| | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | 4,800.00 | 3,840.00 | 3,840.00 | 4,800.00 | 3,840.00 | $164,640.00 |
| | | | 87.34 | | | 62.10 | 552.87 | | | | | | | | $3,005.27 |
| | 11,518.00 | 8,524.00 | 2,890.00 | 450.00 | 12,432.00 | 9,332.00 | 15,317.77 | 17,662.23 | 12,075.00 | 6,150.00 | 10,875.00 | 675.00 | 8,350.00 | 13,275.00 | $517,994.91 |
| | 18,000.00 | 14,800.00 | 12,500.00 | 9,300.00 | 16,400.00 | 13,400.00 | 17,500.00 | 21,900.00 | 17,500.00 | 20,000.00 | 21,500.00 | 29,100.00 | 25,300.00 | 13,600.00 | $620,807.60 |
| | 5,878.37 | 4,448.48 | 3,048.48 | 3,748.48 | 3,110.60 | 5,602.00 | 2,800.00 | 3,500.00 | 2,800.00 | 3,500.00 | 2,800.00 | 2,800.00 | 2,500.00 | 2,800.00 | $114,018.39 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | 688.00 | 645.65 | 1,884.06 | 2,077.86 | 789.15 | | | | | | | $10,757.25 |
| | | | | | 11.61 | | | | | | | | | | $7,796.65 |
| | 208.59 | 1,302.91 | 498.00 | | | 1,616.34 | 1,502.54 | 1,585.35 | 1,836.04 | 2,149.95 | 351.60 | 320.89 | 286.36 | 141.94 | $28,680.31 |
| | 239.85 | | | | | | 588.73 | | | | | | 287.00 | | $4,506.91 |
| | 1,112.89 | 1,827.00 | 273.21 | | | 3,841.89 | 439.58 | 75.05 | 1,569.79 | 922.80 | 2,307.00 | 1,532.00 | 378.31 | 76.00 | $21,024.76 |
| | 52.94 | 206.73 | | | | | 121.83 | 60.92 | 308.33 | 384.73 | | | | 239.65 | $11,043.04 |
| | 2,308.43 | 2,389.75 | 2,388.36 | 159.00 | 1,034.00 | 1,936.65 | 1,191.90 | 2,133.76 | 2,345.77 | 1,760.36 | 3,109.59 | 2,081.33 | 1,960.14 | 2,003.23 | $69,782.49 |
| | 331.39 | 282.09 | 485.08 | 20.04 | | 198.83 | 40.08 | | 103.80 | 128.30 | 167.96 | 115.87 | | 220.32 | $8,782.40 |
| | | | | | | | | | | | | | | | $365.13 |
| | | | | | | | | | | | | | | | $148.60 |
| | | | | | | | | | | | | | | | $5,542.36 |
| | | 1,000.00 | | | 4,600.00 | | 4,000.00 | 4,000.00 | | | | | | | $72,115.38 |
| | | | | | | | | 100.00 | | 325.00 | 375.00 | 375.00 | 400.00 | 375.00 | $0.00 |
| | 375.00 | 375.00 | 375.00 | | | 1,146.00 | | 1,215.00 | 915.00 | 540.00 | 915.00 | 468.75 | 468.75 | 375.00 | $18,307.63 |
| | 4,390.83 | 3,040.55 | 2,889.59 | 3,510.00 | 2,847.12 | 2,807.32 | 3,724.00 | 4,001.50 | 2,841.72 | 6,786.04 | 3,660.39 | 3,834.95 | 4,110.00 | 3,740.58 | $143,370.15 |
| | 12,499.99 | 10,000.00 | 10,000.00 | 10,000.00 | 12,500.00 | 5,000.00 | 10,000.00 | 12,500.00 | 10,000.00 | 10,000.00 | 10,000.00 | 12,500.00 | 12,500.00 | 10,000.00 | $155,749.99 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | 250.00 | 125.00 | 125.00 | | 125.00 | | 650.00 | 120.00 | | 450.00 | 175.00 | | 140.00 | | $4,735.00 |
| | | | | | | | | 7.00 | | | | | | | $7.25 |
| | | | 545.00 | 20.00 | | | | | | | | 34.00 | 14.00 | | $1,107.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | | | | | | | | | | | | | | | $0.00 |
| | 150.67 | 89.00 | 159.11 | 122.02 | 67.15 | 127.43 | 175.71 | 88.00 | 164.92 | 108.71 | 80.94 | 76.72 | 133.04 | 139.28 | $41,073.00 |
| | | | | | | 3,500.00 | 2,800.00 | 3,500.00 | 2,800.00 | 3,500.00 | 2,800.00 | 2,800.00 | 3,500.00 | 2,800.00 | $41,400.00 |
| | | | | | | | | | | | | | | | $2,406.67 |
| | | | | | | | | | | | | | | | $700.00 |
| | | | | | | | | | | | | | | | $157.95 |
| | | | | | | | | | | | | | | | $2,600.00 |
| | 996.67 | 1,501.55 | 308.00 | | | 1,884.06 | | | 1,456.45 | 1,467.65 | 2,074.90 | 1,747.80 | 923.85 | 2,244.00 | $26,000.48 |
| | 63,114.62 | 53,347.06 | 40,392.17 | 32,817.54 | 57,613.13 | 50,794.62 | 68,322.87 | 79,037.96 | 60,556.82 | 62,953.54 | 65,031.38 | 62,102.31 | 66,051.45 | 55,870.00 | 2,056,047.37 |
| | -$566.75 | -$1,008.74 | $261.76 | -$186.54 | $836.80 | $3,024.42 | -$2,930.59 | $256.19 | $4.46 | $7,072.43 | $7,368.84 | $333.69 | $2,290.29 | -$1,761.93 | $601.95 |
| | $2,848.58 | $2,281.83 | $473.09 | $211.33 | $24.79 | $861.59 | $955.42 | $699.23 | $703.69 | $7,072.43 | $7,776.12 | $407.28 | $2,290.29 | $2,363.88 | |
| | $2,281.83 | $473.09 | $211.33 | $24.79 | $861.59 | $3,886.01 | $3,886.01 | $699.23 | $703.69 | $7,776.12 | $407.28 | $73.59 | $2,363.88 | $601.95 | |
| | $473.09 | $211.33 | | $24.79 | $861.59 | $3,886.01 | | | | | | | | | |

## GOBIERNO DE PUERTO RICO

Departamento de Agricultura

**Oficina para la Reglamentación de la Industria Lechera (ORIL)**

4 de octubre de 2019

**A QUIEN PUEDA INTERESAR:**

Certifico que Karisolet Heifers, Inc. opera una vaquería en el municipio de Hatillo, con licencia número **3424** de esta Oficina. Esta Corporación tiene registrada una cuota de **100,840** cuartillos cada 14 días, la cual entrega a Suiza Dairy, Corp.

El registro de gravámenes sobre la cuota refleja que **75,630** cuartillos de dicha cuota están pignorados de la siguiente forma:

**Primer Rango**

Banco de Desarrollo Económico de P.R.       75,630 cllos.

Agro. Jorge A. Campos Merced
**Administrador**
jcampos@agricultura.pr.gov

---

**Nota:** Esta licencia se acogió al Capítulo 12 de Quiebra, caso Núm. 16-08404 MCF.

Karisolet Heifers, Inc. transfirió en arrendamiento 23,000 cuartillos de su cuota de los cuales 10,000 cuartillos fueron a Angel Espinosa Espinosa licencia (2823), 10,000 cuartillos a Ramón A. Ramos Vega licencia (3549) y los restantes 3,000 cuartillos a La Fundadora, Inc. licencia (3124), lo cual disminuye su cuota para liquidación a 77,840 cuartillos.*

**\*Nota de Arrendamiento de Cuota.**

| Nombre del Ganadero | Número de Licencia | Cuota registrada en licencia | Concepto de Arrendamiento | Cantidad de Cuartillos Arrendados | Entidad que posee gravamen sobre cuota Arrendada | Rango | Total cuartillos con gravamen | Cuota disponible en licencia luego del Arrendamiento |
|---|---|---|---|---|---|---|---|---|
| Karisolet Heifers, Inc. | 3424 | 100,840 | Pasa en Arrendamiento | 10,000 | Libres de Gravamen | N/A | N/A | 90,840 |
| Angel M. Espinosa Espinosa | 2823 | N/A | Recibe en Arrendamiento | 10,000 | Libres de Gravamen | N/A | N/A | N/A |
| KARISOLET HEIFERS, INC. | 3424 | 90,840 | Pasa en Arrendamiento | 10,000 | Banco de Desarrollo Económico de P.R. | N/A | 4,790 | 80,840 |
| RAMON A. RAMOS VEGA | 3549 | N/A | Recibe en Arrendamiento | 10,000 | Banco de Desarrollo Económico de P.R. | N/A | 4,790 | N/A |
| KARISOLET HEIFERS, INC. | 3424 | 80,840 | Pasa en Arrendamiento | 3,000 | Banco de Desarrollo Económico de P.R. | N/A | 3,000 | 77,840 |
| LA FUNDADORA, INC. | 3124 | N/A | Recibe en Arrendamiento | 3,000 | Banco de Desarrollo Económico de P.R. | N/A | 3,000 | N/A |





Sello
$120
10/30/2019
$2.00
Sello de Rentas Internas
80179-2019-1030-14281876

Sello
$120
11/01/2019
$0.50
Sello de Rentas Internas
80179-2019-1101-29733092



198 Calle Chardón, Hato Rey
Apartado 10163, Santurce, Puerto Rico 00908
Tel. (787) 756-5945 Fax (787) 767-4969
oril@agricultura.pr.gov

Gobierno de Puerto Rico
**DEPARTAMENTO**
**DE AGRICULTURA**

CM/ECF - U.S. Bankruptcy Court:prb

11/29/2019

**16-08404-MCF12** KARISOLET HEIFERS INC
**Case type:** bk **Chapter:** 12 **Asset:** Yes **Vol:** v **US BANKRUPTCY JUDGE:** MILDRED CABAN FLORES
**Date filed:** 10/21/2016 **Date of last filing:** 11/26/2019

# Creditors

**Banco Desarrollo Economico de PR**
PO Box 2134
San Juan, PR 00922

(4374343)
(cr)

**Banco Desarrollo Economico de PR**
PO Box 2134
San Juan, PR 00922

(4374344)
(cr)

**Economic Development Bank of PR**
C/O: O'Neill & Borges, LLC.
250 Munoz Rivera Ave., Suite 800
San Juan, P.R., 00918

(4429802)
(cr)

**Internal Revenue Service**
City View Plaza II
48 Carr 165 Suite 2000
Guaynabo, PR 00968

(4387764)
(cr)

**Juan F Barreto Ginorio**
HC 05
Box 91550
Arecibo, PR 00612

(4374345)
(cr)

**Mayrabell Ruiz Ruiz**
HC 05
Box 91550
Arecibo, PR 00612

(4374346)
(cr)

**PR RECOVERY AND DEVELOPMENT JV, LLC**
221 PONCE DE LEON AVE., SUITE 302
SAN JUAN, PR 00917

(4708356)
(cr)

**STATE INSURANCE FUND CORPORATION**
PO BOX 365028
SAN JUAN, PUERTO RICO 00936-5028

(4424083)
(cr)

**Valle del Tanama Dairy, Inc**
HC 05
Box 91550
Arecibo, PR 00612

(4374347)
(cr)

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 11/29/2019 09:08:19 | | |
| **PACER Login:** | mbigasme3731:2510751:0 | **Client Code:** |
| **Description:** | Creditor List | **Search Criteria:** 16-08404-MCF12 Creditor Type: All |
| **Billable Pages:** | 1 | **Cost:** 0.10 |